■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD LEE CALHOUN, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Calhoun* (120 AD2d 936). (Appeal from judgment of Jefferson County Court, Aylward, J.—perjury, first degree.) Present—Dillon, P. J., Callahan, Boomer, Green and Schnepp, JJ.